**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
AMIRAH A. BLACKMAN,

                Plaintiff,   19 **CIVIL** 3226 (ALC)

-against-   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated September 30, 2020, Defendant's motion for judgment on the pleadings is hereby granted; accordingly, this case is closed.

**Dated:** New York, New York
        September 30, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                              **Clerk of Court**
                                **BY:**
                                              **Deputy Clerk**